Seifter v Massage Envy Franchising, LLC (2024 NY Slip Op 02461)

Seifter v Massage Envy Franchising, LLC

2024 NY Slip Op 02461

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND NOWAK, JJ.

344 CA 23-00260

[*1]MELISSA SEIFTER, PLAINTIFF-APPELLANT,
v
MASSAGE ENVY FRANCHISING, LLC, MASSAGE ENVY, LLC, BKN ENTERPRISES, LLC, CCW GROUP, LLC, TME ASSOCIATES, LLC, VCC ASSOCIATES, LLC, HWGA AFFILIATES, LLC, RACHEL BANDYCH, DAVID BANDYCH, JANE NEWHOUSE, DEFENDANTS-RESPONDENTS. ET AL., DEFENDANTS. 

SMITH SOVIK KENDRICK & SUGNET, P.C., SYRACUSE (CHRISTOPHER F. DEFRANCESCO OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
HANCOCK ESTABROOK, LLP, UTICA (JOHN L. MURAD OF COUNSEL), FOR DEFENDANTS-RESPONDENTS MASSAGE ENVY FRANCHISING, LLC, AND MASSAGE

ASSOCIATES, LLC, VCC ASSOCIATES, LLC, HWGA AFFILIATES, LLC, RACHEL BANDYCH, DAVID BANDYCH, AND JANE NEWHOUSE. 

 Appeal from an order of the Supreme Court, Onondaga County (Robert E. Antonacci, II, J.), entered January 31, 2023. The order, among other things, granted the motion of defendants BKN Enterprises, LLC, CCW Group, LLC, TME Associates, LLC, VCC Associates, LLC, HWGA Affiliates, LLC, Rachel Bandych, David Bandych and Jane Newhouse for an order dismissing plaintiff's first, fifth, sixth, seventh, eighth and tenth causes of action. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 25 and 27, 2024, and April 2, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court